

**NEW YORK**
1010 Avenue of the Americas
New York, New York 10018
Telephone (212) 213-8844
Facsimile (212) 213-3318

**NEW JERSEY**
75 Main Street, Suite 101
Millburn, New Jersey 07041
Telephone (973) 379-0038
Facsimile (973) 379-0048

WWW.ALLYNFORTUNA.COM

June 28, 2018

*Via Electronic Case Filing*
Magistrate Judge Cheryl L. Pollak
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Tello et. al., v. A.N.G. Diner Corp., et al.*
          *Case No. 17-Civ-00749 (RRM) (CLP)*

Dear Magistrate Judge Pollak:

    We are in-coming counsel for defendants, A.N.G. Diner Corp., d/b/a Silver Spoon Diner, Halkios Restaurant Corp. d/b/a Silver Spoon Diner, Xiotis Rest. Corp. d/b/a Silver Spoon Diner, George Rakitzis, Nick Rakitzis & Anna Maidiotis, substituting the firm of Pardalis & Nohavick, LLP as attorneys for defendants in this action.

    We have been in contact with Plaintiffs' counsel and jointly request an extension of the discovery schedule in this case. We are proposing August 3, 2018 as the date for all parties to respond to the discovery demands/requests for admissions that have been served to date, with the depositions of the opt-in plaintiffs to be completed after responses have been served.

    Please let us know if you have any questions regarding the foregoing.

    Thank you for your consideration.

                                                      Respectfully submitted,

                                                      Paula Lopez

Cc.: Plaintiffs' counsel (via ecf)